**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6882**

---

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF SOCIAL SERVICES,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-97-360-R)

---

Submitted: September 25, 1997      Decided: October 21, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Paul Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing this action pursuant to 28 U.S.C.A. § 1915(e) (West Supp. 1997), denying his motion for reconsideration, and denying his motion to amend his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Turner v. Virginia Dep't of Soc. Servs., No. CA-97-360-R (W.D. Va. June 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED